STATE OF MAINE *vs.* DAVID F. MURDOCH and others.

Cumberland.    Opinion November 29, 1880.

*Participators in misdemeanors.*

It is a rule of the common law of universal application that all participators in a misdemeanor are principals. Each is severally liable.

EXCEPTIONS from the superior court, Cumberland county.

The case is stated in the opinion.

*Ardon W. Coombs*, county attorney, for the State.

*C. P. Mattocks*, for the defendants.

APPLETON, C. J. This is a search and seizure process under R. S., c. 27, § 35.

The presiding justice instructed the jury that "if the respondent was present aiding in the keeping and depositing of the liquors, rendering assistance to his principal, in the keeping and depositing of the liquors intended for unlawful sale, then he would be a principal himself in the transaction."

The instruction given was correct. The offence charged is a misdemeanor. It is a rule of the common law of universal

application, that all participators in a misdemeanor are principals. Each is severally liable. *Com.* v. *Drew*, 3 Cush. 284; *Com.* v. *Ray*, 3 Gray, 448.

The reading of the last paragraph of § 28, by which the rule of the common law is made specifically applicable when its provisions were violated could not have harmed the defendant. That clause was inserted by way of unnecessary caution. The rule of the common law applies unless abrogated. That has not been done.

*Exceptions overruled.*

WALTON, BARROWS, VIRGIN, LIBBEY and SYMONDS, JJ., concurred.